UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**FILED**

Mar 17, 2026
Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

United States of America,

v.

Donte Riley

Case No.  4:26-mj-70262-MAG

Charging District's Case Number:

3:24-mj-00049

## COMMITMENT TO ANOTHER DISTRICT

The defendant has been ordered to appear in the District of Oregon . The defendant may need an interpreter for this language: Not Applicable.

The defendant  is:

( x  ) will obtain an attorney.

(    ) is requesting court-appointed counsel.

The defendant remains in custody after the initial appearance.

**IT IS ORDERED:** The United States marshal must transport the defendant, Donte Riley , forthwith, together with a copy of this order, to the charging district and deliver the defendant to the United States Marshal for that district, or to another officer authorized to receive the defendant.  The marshal or officer in the charging district should immediately notify the United States attorney and the clerk of court for that district of the defendant's arrival so that further proceedings may be promptly scheduled.  The clerk of this district must promptly transmit the papers and any bail to the charging district.

Dated: 3/17/2026

_____

United States Magistrate Judge

Peter H. Kang